IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCZAR LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-00784-JRG |
| | § | |
| v. | § | |
| | § | |
| HASBRO, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLTUNARY DISMISSAL WITH PREJUDICE

Plaintiff Arczar, LLC, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notices dismissal of all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees. Prior to the filing of this notice, Hasbro, Inc. has yet to file an answer or motion for summary judgment.

Date:   June 11, 2013                    Respectfully Submitted,

                                         By: \s\ *Stevenson Moore*
                                         Hao Ni
                                         Texas Bar No. 24047205
                                         hni@nilawfirm.com
                                         Timothy T. Wang
                                         Texas Bar No. 24067927
                                         twang@nilawfirm.com
                                         Stevenson Moore V
                                         Texas Bar No. 24076573
                                         smoore@nilawfirm.com

                                         **Ni, Wang & Associates, PLLC**
                                         8140 Walnut Hill Ln., Ste. 310
                                         Dallas, TX 75231
                                         Telephone: 972.331.4600
                                         Fax: 972.314.0900
                                         **ATTORNEYS FOR PLAINTIFF ARCZAR LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

                                         \s\ *Stevenson Moore*
                                         Stevenson Moore